IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: } | |
| } | Case No. 19-05673 |
| Thomas & Pamela Shuman } | Chapter 13 |
| 3509 Cobble St. } | |
| Nashville, TN 37211 } | Judge Mashburn |
| SSN: XXX-XX-0547/3677 } | |
| } | |
| Debtors. } | |

## NOTICE OF WITHDRAWAL

COMES NOW the Debtor, by and through counsel, Gregory R. Atwood, and gives notice of the withdrawal of docket entry number 40, Motion for Sanctions for Violation of the Automatic Stay Against City National Bank.

Dated: April 13, 2020

                                              Respectfully submitted,

                                              Signature:/s/Gregory R. Atwood
                                              Name:    Gregory R. Atwood, BPR#24296
                                                            Attorney for Debtor
                                              Address:  6953 Charlotte Pike, Ste. 401
                                                              Nashville, TN 37209
                                              Telephone:(615) 354-1995
                                              Facsimile: (615) 866-5922
                                              e-mail:gregatwoodlaw@gmail.com